# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| VICKI LALANDE, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| JOHNSON & JOHNSON, JOHNSON & ) | **NOTICE OF REMOVAL OF** |
| JOHNSON SERVICES, DEPUY SYNTHES ) | **ACTION UNDER 28 U.S.C. §** |
| COMPANY OF JOHNSON & JOHNSON, ) | **1441(b) (Diversity)** |
| DEPUY SYNTHES SALES, INC. d/b/a DEPUY ) | |
| JOINT RECONSTRUCTION, DEPUY ) | |
| ORTHOPAEDICS, INC., MEDICAL DEVICE ) | JURY TRIAL DEMANDED |
| BUSINESS SERVICES, INC., DEPUY SYNTHES ) | |
| PRODUCTS, INC., DEPUY SYNTHES, INC., ) | |
| DEPUY MITEK, LLC, ) | |
| ) | |
| DEFENDANTS. ) | |

# EXHIBIT 1



# Civil Court Case Information - Case History

## Case Information

Case Number: CV2021-004269     Judge: Hannah, John
File Date: 3/16/2021           Location: Downtown
Case Type: Civil

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Vicki Lalande | Plaintiff | Female | Steven Weinberger |
| Johnson & Johnson | Defendant | | Pro Per |
| Johnson & Johnson Services | Defendant | | Pro Per |
| Depuy Synthes Company Of Johnson & Johnson | Defendant | | Pro Per |
| Depuy Synthes Sales Inc | Defendant | | Pro Per |
| Depuy Orthopaedics Inc | Defendant | | Pro Per |
| Medical Device Business Services Inc | Defendant | | Pro Per |
| Depuy Synthes Products Inc | Defendant | | Pro Per |
| Depuy Synthes Inc | Defendant | | Pro Per |
| Depuy Mitek L L C | Defendant | | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 7/7/2021 | AFS - Affidavit Of Service | 7/9/2021 | |
| **NOTE:** DEPUY ORTHOPEDICS INC | | | |
| 7/7/2021 | AFS - Affidavit Of Service | 7/9/2021 | |
| **NOTE:** MEDICAL DEVICE BUSINESS SERVICES INC | | | |
| 7/7/2021 | AFS - Affidavit Of Service | 7/9/2021 | |
| **NOTE:** DEPUY MITEK LLC | | | |
| 7/7/2021 | AFS - Affidavit Of Service | 7/9/2021 | |
| **NOTE:** DEPUY SYNTHES SALES INC | | | |
| 7/7/2021 | AFS - Affidavit Of Service | 7/9/2021 | |
| **NOTE:** DEPUY SYNTHES PRODUCTS INC | | | |
| 6/14/2021 | AFS - Affidavit Of Service | 6/16/2021 | |
| **NOTE:** Affidavit of Services / DEPUY MITEK L L C | | | |
| 5/26/2021 | 322 - ME: Notice Of Intent To Dismiss | 5/26/2021 | |
| 3/16/2021 | COM - Complaint | 3/17/2021 | |
| **NOTE:** Complaint | | | |
| 3/16/2021 | CSH - Coversheet | 3/17/2021 | |
| **NOTE:** Civil Cover Sheet | | | |
| 3/16/2021 | CCN - Cert Arbitration - Not Subject | 3/17/2021 | |
| **NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To | | | |
| 3/16/2021 | SUM - Summons | 3/17/2021 | |
| **NOTE:** Summons | | | |
| 3/16/2021 | SUM - Summons | 3/17/2021 | |
| **NOTE:** Summons | | | |
| 3/16/2021 | SUM - Summons | 3/17/2021 | |
| **NOTE:** Summons | | | |
| 3/16/2021 | SUM - Summons | 3/17/2021 | |
| **NOTE:** Summons | | | |
| 3/16/2021 | SUM - Summons | 3/17/2021 | |

Case 2:21-cv-01218-MHB   Document 1-3   Filed 07/12/21   Page 2 of 3

**NOTE:** Summons

| 3/16/2021 | SUM - Summons | 3/17/2021 |

**NOTE:** Summons

| 3/16/2021 | SUM - Summons | 3/17/2021 |

**NOTE:** Summons

| 3/16/2021 | SUM - Summons | 3/17/2021 |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**